**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-014716-CA-01
SECTION: CA04
JUDGE: Carlos Guzman

**DRO 15R LLC et al**

Plaintiff(s)

vs.

**AJAR Holdings LLC et al**

Defendant(s)

_____/

## ORDER GRANTING CONSERVATOR'S MOTION FOR ORDER TO SHOW CAUSE

THIS CAUSE, having come before the Court on September 28, 2021, upon the Court-Appointed Conservator, Ramon Abadin's Supplemental Urgent Motion for Order to Show Cause Against DRO 15R LLC, RO 15R, LLC, and Raziel Ofer for Violation of Court Order, and the Court having reviewed the motion and the declaration filed in support, reviewed Mr. Ofer's September 22, 2021 affidavit, heard argument of counsel, and being otherwise fully advised in the premises, the Court finds that:

1. The Conservator's motion is granted as follows.

2. The Court relies upon the sworn representation of Mr. Ofer in his September 22, 2021 affidavit that he has "cooperated fully with all requests of Conservator and provided all information in his possession," as well as Plaintiffs' counsel's representations at the September 28, 2021 hearing that his clients have provided all documentation and information in their possession to the Conservator. Such information consisted of one water bill and a permit number.

3. DRO 15R LLC, RO 15R, LLC, and Raziel Ofer shall appear for deposition duces tecum, as noticed by the Conservator on or before October 13, 2021. The

Case No: 2021-014716-CA-01

**COMPOSITE EXHIBIT B**

Page 1 of 3

Conservator and the parties shall agree on a date for the deposition on or before October 1, 2021, and absent such agreement, the Conservator may notice the deposition unilaterally upon five days' notice.

4. The parties are prohibited from accessing the property located at 1560 and 1568 Drexel Avenue, Miami Beach, Florida without the Conservator's prior written permission.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of October, 2021.

2021-014716-CA-01 10-04-2021 10:07 A

2021-014716-CA-01 10-04-2021 10:07 AM
Hon. Carlos Guzman

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
David J Winker, dwinker@dwrlc.com
David J Winker, davidjwinker@gmail.com
David J Winker, davidjwinker@gmail.com
Jennifer Flores, Jflores@dvllp.com
Lisa Fazzah-Diaz, lfd@dvllp.com
Maurean Mass, mmas@scorpionholdings.net
Melanie Damian, Mdamian@dvllp.com
Nashid Sabir, nashid@bluoceanlaw.com
Nashid Sabir, nashidlaw@gmail.com
Nashid Sabir, brian@bluoceanlaw.com
Raziel Ofer, raz.ofer2@gmail.com

Roniel Rodriguez IV, Ron@RJRfirm.com
Roniel Rodriguez IV, Ron@RJR.Company
Roniel Rodriguez IV, Ron@RJR.Partners
Russell Landy, rlandy@dvllp.com
Russell Landy, mdamian@dvllp.com
Russell Landy, jflores@dvllp.com
Sean Rowley, SRowley@legalservicesmiami.org
Sean Rowley, crodriguez@legalservicesmiami.org
Sean Rowley, pleadings@legalservicesmiami.org
Stuart Kab, srkalb@scorpionholdings.net
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org

**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-014716-CA-01
SECTION: CA04
JUDGE: Carlos Guzman

**DRO 15R LLC et al**

Plaintiff(s)

vs.

**AJAR Holdings LLC et al**

Defendant(s)

_____/

## ORDER GRANTING CONSERVATOR'S SECOND MOTION FOR ORDER TO SHOW CAUSE

THIS CAUSE, having come before the Court on November 10, 2021, upon the Court-Appointed Conservator Ramon Abadin's Second Urgent Motion for Order to Show Cause Against Plaintiffs, DRO 15R LLC, RO 15R, LLC, and Raziel Ofer, for Violation of Court Order, and the Court having reviewed the motion, heard argument of counsel, and being otherwise fully advised in the premises, the Court finds and orders:

1. The Conservator's motion is granted as follows.

2. The Court finds that the Plaintiffs failed to comply with the Court's October 4, 2021 order requiring the Plaintiffs to appear for deposition duces tecum on or before October 13, 2021.

3. The Court relies upon the sworn representation of Mr. Ofer in his November 10, 2021 affidavit concerning his health, as well as Plaintiffs' counsel's representations at the November 10, 2021 hearing that his clients are not able to sit for deposition until December 7, 2021, and that the Plaintiffs have provided all documentation and information in their possession to the Conservator.  Such information

consisted of one water bill and a permit number.

4. Accordingly, DRO 15R LLC, RO 15R, LLC, and Raziel Ofer shall appear for deposition duces tecum, as noticed by the Conservator on December 7, 2021.

5. DRO 15R LLC and RO 15R, LLC shall produce a designee as required by Florida Rule of Civil Procedure 1.310(b)(6) for the areas of inquiry noticed by the Conservator (and produce the duces tecum documents) on December 7, 2021 irrespective of whether that designee is Mr. Ofer, or some other designee.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>15th day of November, 2021</u>.



<u>2021-014716-CA-01 11-15-2021 9:20 PM</u>
Hon. Carlos Guzman

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border:1px solid red">

No Further Judicial Action Required on <u>**THIS MOTION**</u>

CLERK TO <u>**RECLOSE**</u> CASE IF POST JUDGMENT

</div>

**Electronically Served:**
David J Winker, dwinker@dwrlc.com
David J Winker, davidjwinker@gmail.com
David J Winker, davidjwinker@gmail.com
Eric P. Stein, docservice@epslaw.com
Eric P. Stein, eric@epslaw.com
Isaac Raijman, isaac@raijman.com
Jennifer Flores, Jflores@dvllp.com
Lisa Fazzah-Diaz, lfd@dvllp.com
Maurean Mass, mmas@scorpionholdings.net

Milton Raijman, milton@raijman.com
Nashid Sabir, nashid@bluoceanlaw.com
Nashid Sabir, nashidlaw@gmail.com
Nashid Sabir, brian@bluoceanlaw.com
Raziel Ofer, raz.ofer2@gmail.com
Roniel Rodriguez IV, Ron@RJRfirm.com
Roniel Rodriguez IV, Ron@RJR.Company
Roniel Rodriguez IV, Ron@RJR.Partners
Russell Landy, rlandy@dvllp.com
Russell Landy, mdamian@dvllp.com
Russell Landy, jflores@dvllp.com
Sean Rowley, SRowley@legalservicesmiami.org
Sean Rowley, crodriguez@legalservicesmiami.org
Sean Rowley, pleadings@legalservicesmiami.org
Stuart Kab, srkalb@scorpionholdings.net
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org

**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-014716-CA-01
SECTION: CA04
JUDGE: Carlos Guzman

**DRO 15R LLC et al**

Plaintiff(s)

vs.

**AJAR Holdings LLC et al**

Defendant(s)

_____/

<u>**AMENDED ORDER GRANTING CONSERVATOR'S THIRD MOTION FOR ORDER
TO SHOW CAUSE**</u>

THIS CAUSE, having come before the Court on December 22, 2021, upon the Court-Appointed Conservator Ramon Abadin's Emergency Third Motion for Order to Show Cause Against Plaintiff(s), DRO 15R LLC, RO 15R, LLC, Raziel Ofer, and Robert Mendez for Violation of Court Orders, and the Court having reviewed the motion, heard argument of counsel, and being otherwise fully advised in the premises, the Court finds and orders:

1. The Conservator's motion is granted.

2. The Court has determined that the Plaintiff(s) failed to comply with the Court's October 4, 2021 order requiring the Plaintiff(s) to appear for deposition duces tecum on or before October 13, 2021, and failed to comply with the Court's November 15, 2021, order requiring the Plaintiff(s) to appear for deposition on December 7, 2021.

3. Further, the Court has determined that the Conservator presented evidence that DRO 15R LLC, RO 15R, LLC, Raziel Ofer failed to comply with the Court's October 4, 2021, order prohibiting the parties from accessing the Property without

prior written consent of the Conservator.

4. DRO 15R LLC and Raziel Ofer, shall appear before this Court on **January 25, 2022, at 2:45 pm** and show cause why they should not be held in contempt of court for violation of the Court's Appointment Order and the Court's October 4, 2021, and November 15, 2021, orders, by, including but not limited to their refusal to cooperate with the requests of the Conservator, failure to appear for Court ordered depositions, address the Conservator's evidence that Plaintiff(s) collected funds from tenants after the Appointment Order, and accessing the Property without prior written approval by the Conservator.

5. The Plaintiff(s) are jointly and severally liable for legal fees incurred by the Conservator to bring his third motion for order to show cause before the Court, in an amount to be determined at a future hearing.

6. DRO 15R LLC, RO 15R, LLC, Raziel Ofer, and Robert Mendez shall appear for deposition duces tecum, on January 5, 2021, and/or January 6, 2021, as shall be noticed by the Conservator.

7. DRO 15R LLC and RO 15R, LLC shall produce a designee as required by Florida Rule of Civil Procedure 1.310(b)(6) for the areas of inquiry noticed by the Conservator (and produce the duces tecum documents) irrespective of whether that designee is Mr. Ofer, or some other designee.

8. DRO 15R LLC, RO 15R, LLC, Raziel Ofer, and Robert Mendez, and their counsel, agents, and representatives, are prohibited from contacting any tenants, residents, workers, or the Conservator's representatives at the Property until further order of the Court.[1]

9. The Court shall hold a further hearing concerning the portion of the Conservator's motion concerning whether DRO 15R LLC, RO 15R, LLC, Raziel Ofer, and Robert Mendez received and/or are required to turn over to the Conservator $2,800, and any other funds received related to the Property after the date of the Appointment

Order.

10. On or before Friday, December 31, 2021, DRO 15R LLC, RO 15R, LLC, Raziel Ofer, and Robert Mendez shall identify to the Conservator any personal property believed to be located at the Property which is owned by the Plaintiff(s) or any third party.  This shall be done by an itemized list of all such property containing a specific and detailed description of the personal property, the full name of the owner of such personal property (including contact information), and the last known location of the personal property.  Failure to specifically identify any item(s) shall be deemed to be a waiver of any claim for return of, damages arising from disposal of, or any other claim whatsoever arising from or relating to such property.  To the extent known to Plaintiff(s), Plaintiff(s) are required to immediately provide copies of this order and notice of this provision to anyone claiming interested to any equipment or personal property on site at 1560 and 1568 Drexel Avenue.  Any personal property not specifically identified by Friday, December 31, 2021 may be retained, disposed of, or destroyed consistent with the Conservator's powers conferred by the Court.

---

[1] For the avoidance of doubt, the counsel for the Plaintiff(s) and Mr. Mendez may confer with the Conservator's counsel.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 30th day of December, 2021.

2021-014716-CA-01 12-30-2021 11:18 AM
Hon. Carlos Guzman

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
David J Winker, dwinker@dwrlc.com
David J Winker, davidjwinker@gmail.com
David J Winker, davidjwinker@gmail.com
Eric P. Stein, docservice@epslaw.com
Eric P. Stein, eric@epslaw.com
Isaac Raijman, isaac@raijman.com
Lisa Fazzah-Diaz, lfd@dvllp.com
Maurean Mass, mmas@scorpionholdings.net
Melanie Damian, mdamian@dvllp.com
Melanie Damian, mdamian@dvllp.com
Melanie Damian, lfd@dvllp.com
Milton Raijman, milton@raijman.com
Nashid Sabir, nashid@bluoceanlaw.com
Nashid Sabir, nashidlaw@gmail.com
Nashid Sabir, brian@bluoceanlaw.com
Raziel Ofer, raz.ofer2@gmail.com
Roniel Rodriguez IV, Ron@RJRfirm.com
Roniel Rodriguez IV, Ron@RJR.Company
Roniel Rodriguez IV, Ron@RJR.Partners
Russell Landy, rlandy@dvllp.com
Russell Landy, mdamian@dvllp.com
Russell Landy, jflores@dvllp.com
Sean Rowley, SRowley@legalservicesmiami.org
Sean Rowley, crodriguez@legalservicesmiami.org
Sean Rowley, pleadings@legalservicesmiami.org
Stuart Kab, srkalb@scorpionholdings.net
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org
William Wainright Riley Esq., w.riley@rileyfirm.org

**Physically Served:**