**EXHIBIT 5**

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | cguzman@jud11.flcourts.org; rabadin@abadinlaw.com; Melanie Damian; Russell Landy; Markenson Pierre |
| **Subject:** | Case No. 2021-014716-CA-01 : DRO 15R LLC et al vs AJAR Holdings LLC et al |
| **Date:** | Sunday, February 20, 2022 10:08:16 PM |

Mr Pierre,

I trust you realize what Ms Damian asked you to do on Friday, 18th Feb, has criminal implications.

I'm told that although Yixin staff showed you the lease, you still continued with your criminal activities.

A Lawyer must know that he/she needs to come with a Court order (possession order) referencing the party that is in possession, or you're committing a criminal offense.

The police report mentions you specifically, in addition to Judge Guzman and Sir Abadin.

I wondered if you would agree to be disbarred for 2 years, or you want us to file a Bar complaint against yourself, which I'm sure will result in you being disbarred for good.

I wasn't at the property, but the Lessee briefed me.

Raz Ofer

**EXHIBIT 6**

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | cguzman@jud11.flcourts.org; rabadin@abadinlaw.com; Melanie Damian; Russell Landy; Markenson Pierre; Raz Ofer |
| **Subject:** | Case No. Case: 2021-014716-CA-01 : DRO 15R LLC et al vs AJAR Holdings LLC et al |
| **Date:** | Sunday, February 20, 2022 10:36:53 PM |

Sir Abadin,

Now that another police report has been filed against you and yet another lawsuit will be filed against you personally this week, it's time that you take action to disbar Madam Damian, Mr Russell and Mr Pierre, in addition to filing a lawsuit against them personally.

They're illegally co-operating with Mr Rodriguez/Kalb and getting you into much bigger problems.

I've obtained evidence that the tenant in apartment 8, the one that you and Madam Damian offered him to live rent free, he called Rodriguez on Friday, whom called Madam Damian, they do to get you into bigger problems.

Madam Damian - Do I need to sue you to get the log of your phone calls, or will you provide it to me without me filing another lawsuit against yourself? You know that I'll get it, it might be easier if you agree to be disbarred voluntarily.

Sir Abadin - I demand that you immediately return the $150K that you got from the so called Judge Guzman, you'll not keep a penny of this money.

You'll have to defend all the lawsuits against yourself from your own pocket.

I warn you, based on what Yixin Holding told me, that you or your people are not allowed to enter my property, unless you've a Court order against Yixin Holding. Please warn your business partners, Rodriguez/Kalb to also not get close these buildings, as the police have instructions to arrest anyone who attempt to enter 1560 Drexel Ave & 1568 Drexel Ave without a Court order against Yixin Holding. Also, I'm told that there's an armed security guard at the property to protect the property against criminals such as yourself, Madam Damian, etc.

I'll pursue you and your partners no matter what it'll cost me, I won't stop until I destroy you financially.

Raz Ofer

**EXHIBIT 7**

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | cguzman@jud11.flcourts.org; rabadin@abadinlaw.com; Melanie Damian; Russell Landy; Markenson Pierre; Raz Ofer |
| **Subject:** | 2021-014716-CA-01 : DRO 15R LLC et al vs AJAR Holdings LLC et al |
| **Date:** | Monday, February 21, 2022 1:52:27 PM |

Sir Abadin,

1. Mr Rodriguez admitted that he called Damian, after the bribed tenant (apartment 8) had called him. He offered to pay for 5 'big guys' to Join Mr Pierre, Judge Guzman & Abadin to break into a leased property without a Court order against the Lessee (Yixin).

Damian knows she'll be disbarred.

2. As a lessor, I'm meeting today with the police Chief, Yixin is also attending the meeting regarding the criminal actions done by the above-mentioned people. The police already confirmed that if someone tries to enter the property without a Court order against the lessee (Yixin) then they'll be arrested. As already mentioned by Yixin, the 2 buildings are also protected by armed guards, as recommended by the police.

3. Yixin has entered into a management agreement with one of the biggest property managements in Miami to manage the property.

Raz Ofer

**EXHIBIT 8**