**From:** Raz Ofer <raz.ofer2@gmail.com>
**Date:** March 3, 2022 at 6:33:56 PM EST
**To:** cguzman@jud11.flcourts.org, "Ramon A. Abadin" <rabadin@abadinlaw.com>, Raz Ofer <raz.ofer2@gmail.com>
**Subject: 2021-014716-CA-01 : DRO 15R LLC et al vs AJAR Holdings LLC et al**

Judge Guzman,

1. Your illegal and corrupt activities and claims that you're above the law will be stopped.  This morning you signed a corrupt order portraying that you've jurisdiction over a 3rd party entity (Yixin) which isn't even a part of this case and hasn't been served. This proposed order which you rubber stamped and was prepared by Rodriguez isn't just illegal, it might have criminal implications.

THis will backfire at you, any other Judge will remove himself from the bench altogether, however, I'm sure you'll wait until you're removed, your corrupt order, prepared by Rodriguez, is insane.

2. I'm informed that today Rodriguez went to the Sheriff office with papers given to him by the crooked Abadin, your old corrupt friend, who will no doubt end up in federal prison and bankrupt. Abadin non-stop cooperation with  Rodriguez/Kalb  has criminal implications.

Abadin initially changed the locks to 1560 Drexel Ave knowing there's a tenant with a lease, so a possession order from the court against the lessee is necessary, in addition a Sheriff must attend when locks are changed, but this crook despite knowing the law, ignore it saying he can ignore the law as Judge Guzman is a crook.

3. DRO 15R LLC today filed for chapter 11, so everything is stayed, including the sheriff.

If Abadin is attempting to enter the building or send the sheriff, I'm told by Yixin that they'll protect the property with all legal means.

Sir Abadin - Please don't attempt to get close to the property. The chapter 11 will also remove the conservator.

4. The tenant in apartment 8,  the one testified yesterday and said that the security guard told him that I pay them is nonsense, the security company is paid by Yixin, not by me. He said that I drive  a white Rolls Royce, I drive a blue Rolls royce.

Furthermore, the same tenant, Mr Prince, told the security guard that he lives there

**EXHIBIT F**

rent free and he Made a deal with Abadin that he doesn't have to pay rent in return for his agreement to testify against me.....This is a criminal bribe by Abadin. The same tenant confirmed that he never pays the rent and that Abadin instructed him to say yesterday in Court that he pays rent and if asked how, Abadin told him to say that he pays cash.....Yixin filed for eviction against this so-called tenant, unless he can show checks, he'll be evicted. Furthermore, his lease expired, so he'll now be evicted, this is what I'm told by Yixin.

I

5. I'll not get into details, I've evidence that a DCA Judge received bribes from Rodriguez/Kalb, this must be the reason for their decision to deny the writ of prohibition. However, this is being appealed to the Florida Supreme Court.

Despite widespread evidence of antisemitism by yourself and your crooked friend, the DCA decision to deny the writ is outrageous and will be investigated. I got the Jewish anti defamation league involved who escalated it to members of congress and I'm talking to a US senator about it. I believe that law enforcement is monitoring this case.

6. If you saw the evidence I've got, I'll reveal it at the Federal Lawsuit, you would remove yourself from the bench. Your deadline to produce all your email, etc, has elapsed, but you'll produce it. You better not exclude any email, as I'll know it...My profession is IT, I've a world wide reputation as an IT consultant.

I didn't see all your ex-parte emails with the other party in this case. I'll not do anything illegal, although I can get all your emails, I'll never do it, as it's illegal. Despite your and Sir Abadin's criminal activities of bribes, conspiring to steal my property and personal belongings, including jewelry valued at over $3M, which is being investigated by the police.

7. I'm in possession of a red pick up photos, I've the registration, that for 3 days, was downloading black bags from 1560 Drexel Ave and driving away with my personal property. You don't even report Sir Abadin to the Florida Bar, it goes to show the level of corruption you're involved with. I need my staff back y tomorrow, 10AM< or I'll file another police complaint against yourself and Abadin.

8. So far, all the lawsuits against the corrupt and thief Abadin, this idiot only replied that he can't be sued because he was appointed by the corrupt Guzman. We're filing a motion with the Court that he can be sued for gross negligence, these trials will start soon.

9. You and Sir Abadin must comply with the Federal lawsuit deadlines or you'll be sanctioned.

If you think that you could hold a hearing on me committing so-called criminal contempt of Court, this is a joke, I'm sure that both of you will be found in criminal contempt soon, not me.

Raz

---

**Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.**